UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 MAR 17 AM 11: 32

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. |
| Plaintiff, | '08 MJ 0835 |
| v. | COMPLAINT FOR VIOLATION OF: |
| Martin ABEJA Hernandez, | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **March 16, 2008** within the Southern District of California, defendant, **Martin ABEJA-Hernandez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **MARCH, 2008.**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Martin ABEJA-Hernandez

## PROBABLE CAUSE STATEMENT

On March 16, 2008 Border Patrol Agent B. Audette, was working assigned linewatch duties in the Imperial Beach area of operations. Border Patrol dispatch advised Agents via service radio, of a seismic intrusion device in an area known as "Spooners." This area is located approximately 200 yards north of the U.S./Mexico International Border, and one mile west of the San Ysidro, California Port of Entry.

Upon arriving in the area found five individuals. Agent Audette then performed an immigration inspection. One of the individuals later identified as the defendant **Martin ABEJA-Hernandez**, admitted to being a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. All five, including the defendant, were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 15, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.