AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

#6

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | CASE NUMBER: 08CR1143-LAB |
| MARTIN ABEJA-HERNANDEZ | |

I, **MARTIN ABEJA-HERNANDEZ**, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-15-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Martin AVEJA
Defendant

U+E Boyce
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY